

# NUMBER 13-20-00437-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE BENCHMARK FILING & SHELVING SYSTEMS, INC. AND WILLIAM MORRIS

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Hinojosa, and Tijerina
### Order Per Curiam

Relators Benchmark Filing & Shelving Systems, Inc. and William Morris filed a petition for writ of mandamus in the above referenced cause on October 23, 2020. The relators contend that the trial court has abused its discretion by denying their motions for protective orders and granting a motion to compel discovery in favor of real party in interest, Susan Lucas.

The Court requests that the real party in interest, Lucas, or any others whose interest would be directly affected by the relief sought, file a response to the petition for

writ of mandamus on or before the expiration of ten days from the date of this order. *See*

TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
26th day of October, 2020.